RCC

**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 973**

In the Matter of                                                          Case Number:

Mohammed Kamal v. U.S. Attorney General, et. al.

**JUDGE CASTILLO**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mohammed Kamal

| | |
|---|---|
| NAME (Type or print) Bonita B. Hwang Cho | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ Bonita B. Hwang Cho | |
| FIRM  Law Offices of Cheng, Cho & Yee, P.C. | |
| STREET ADDRESS  134 N. LaSalle, Ste. 1618 | |
| CITY/STATE/ZIP  Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6229470 | TELEPHONE NUMBER  312-853-3088 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐