## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/22/08 |
| NAME OF SERVER (PRINT)  HYUNJI KIM | TITLE  Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail with Return Receipt - to Michael Mukasey, U.S. Attorney General, c/o Office of the General Counsel, U.S. Department of Homeland Security, Washington DC. 20528

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/22/08
              Date

Signature of Server

Address of Server: 134 N. LaSalle St. Suite 1618, Chicago, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.