UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMMED KAMAL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 973 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MUKASEY, *et al,* | ) | Judge Castillo |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/ Jonathan C. Haile
        JONATHAN C. HAILE
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-2055
        jonathan.haile@usdoj.gov