**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MOHAMMED KAMAL,** ) <br> File No. 047-069-767, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL MUKASEY**, U.S. Attorney General, ) <br> Department of Homeland Security**;** ) <br> **EMILIO T. GONZALES**, Director of ) <br> U.S. Citizenship & Immigration Services, ) <br> Defendants. ) | CASE NO. 08 C 973 <br><br> JUDGE CASTILLO <br><br><br><br> MAGISTRATE COX |

## NOTICE OF DISMISSAL OF COMPLAINT

NOW COMES Plaintiff, Mohammed Kamal, by and through his attorneys, Bonita B. Hwang Cho, Cheng, Cho & Yee, P.C., and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and voluntarily dismisses his complaint filed herein. In support thereof, he states as follows:

1.  The Defendant has not yet filed or served an answer or any other pleading in this matter.

Respectfully submitted,


s/ Bonita B. Hwang Cho
Bonita B. Hwang Cho

Cheng, Cho & Yee, P.C.
Attorneys for Plaintiff
134 N. LaSalle, Ste. 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com

## CERTIFICATE OF SERVICE

     I, Bonita B.H. Cho, the attorney, hereby certify that on the 17th day of April, 2008, a Notice of Dismissal was served to:

Jonathan C. Haile
Assistant U.S. Attorney
Northern District of Illinois
Suite 500
219 South Dearborn
Chicago, Illinois 60604

s/ Bonita B. Hwang Cho
Attorney for Plaintiff
Bonita B. Hwang Cho
Cheng, Cho & Yee, P.C.
134 N. LaSalle, Suite 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com