## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Mohammed Kamal

                                    Plaintiff,

v.                                                                Case No.: 1:08−cv−00973
                                                                     Honorable Ruben Castillo

Michael Mukasey, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:This case is hereby dismissed pursuant to the Notice of Dismissal filed by the plaintiff on 4/17/2008. Status report filing date of 4/18/2008 and status hearing set for 4/22/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.